

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-21-00053-CV |
| | § | |
| | § | AN ORIGINAL PROCEEDING |
| IN RE: UPCURVE ENERGY PARTNERS, LLC, | § | IN MANDAMUS |
| Relator. | § | |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Mike Swanson, Judge of the 143rd District Court of Reeves County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant Relator's petition for writ of mandamus and direct Respondent to issue his rulings within thirty days from the date of this opinion, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 29TH DAY OF JUNE, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.